## CIVIL CAUSE FOR STATUS CONFERENCE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 30 2019 ★

LONG ISLAND OFFICE

BEFORE: JUDGE FEUERSTEIN

DATE: July 30, 2019            TIME: 30 MINUTES

CASE NUMBER:          2:18-cv-02833-SJF-AKT

CASE TITLE:    Matkal LLC v. VG Rush Corp.

PLTFFS ATTY:    Dustin Hecker
                ___ present         X  not present

DEFTS ATTY:   Sherman Kahn, Mark Bernick, Howard Klienhnedler, and Ted Mozes
              X  present          ___ not present

COURT REPORTER:

COURTROOM DEPUTY: Bryan Morabito

X   CASE CALLED.

___ HEARING HELD/ CONT'D TO_____.

___ ORDER ENTERED ON THE RECORD.

OTHER: A status conference is scheduled before Judge Feuerstein on 9/25/2019 at 11:15 am.