

Arent Fox LLP / Attorneys at Law
Boston / Los Angeles / New York / San Francisco / Washington, DC

November 21, 2019

**Dustin F. Hecker**
617-973-6131 DIRECT
617-722-4927 FAX
dustin.hecker@arentfox.com

**VIA ECF**

The Hon. Sandra J. Feuerstein, U.S.D.J.
United States District Court, Eastern District of New York
Central Islip Courthouse
100 Federal Plaza, Courtroom 1010
Central Islip, NY 11722

Re: **Matkal LLC d/b/a Blue Point v. VG Rush Corp., Case No. 2:18-02833-SJF-AKT**

Dear Judge Feuerstein:

I represent the plaintiff Matkal LLC which, as your Honor will remember, agreed to dismiss its claims with prejudice against the defendant VG Rush Corp. Matkal had not asserted any claims against any other party, nor had any other party asserted any claims against Matkal. The dismissal was filed some weeks ago. Costs in the amount agreed between Matkal and VG Rush were taxed as of Monday. Based on the fact the case no longer involves my client, I had assumed my attendance was not required at today's status conference. I had asked counsel for VG Rush to communicate to the Court the reason why I would not be attending.

I received today the minute entry for yesterday's status conference. It notes I was not in attendance and also that no one for VG Rush appeared. Accordingly, the message I had asked VG Rush's counsel to deliver was not delivered for reasons explained in VG Rush's letter.

I apologize to the Court for any confusion this may have caused.

    Respectfully submitted,

    MATKAL LLC d/b/a Blue Point,

    /s/ Dustin F. Hecker
    Dustin F. Hecker (*pro hac vice*)
    ARENT FOX LLP
    Prudential Tower
    800 Boylston St., 32nd Floor
    Boston, MA 02199

cc: Counsel via ECF

AFDOCS/21339940.1/321319.00002