Howard Kleinhendler
Partner

212 909-9522 DIRECT TEL
212 909-9417 DIRECT FAX

hkleinhendler@wmllp.com



**WACHTEL MISSRY**

NEW YORK · LOS ANGELES · FLORENCE

WWW.WACHTELMISSRY.COM

885 SECOND AVENUE
NEW YORK, NY 10017

TEL 212 909-9500
FAX 212 371-0320

November 22, 2019

<u>Via ECF</u>

Hon. Sandra J. Feuerstein
United States District Court
Eastern District of New York
100 Federal Plaza, Room 1010
Central Islip, NY 11722

    Re: <u>Matkal v. VG Rush et. al.</u>
        18-cv-2833(SJF) (EDNY)

Dear Judge Feuerstein:

    We represent third-party defendant Priceless Resources Inc. in the above matter. For the reasons set forth on the record from the proceedings held on November 20, 2019, this Court properly exercised its discretion under 28 USC § 1367(c)(3) to dismiss the claims of third-party plaintiff VG Rush Corp. Accordingly, we oppose VG Rush's request to reopen the case.

                Sincerely yours,

                Howard Kleinhendler

cc: All counsel of record (via ECF)